LAWRENCE et al., Appellants, v. SIAS, Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by George H. Lawrence and another against Arthur W. Sias, individually, etc. H. W. Alden, for appellants. J. R. Halsey, for respond-

ent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.